IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOUGLAS JOHNSON, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-538-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant U.S. Bank National Association, granting its motion to dismiss under Fed. R. Civ. P. 12(b)(1) with prejudice.

*Peter Oppeneer*      12/18/12

Peter Oppeneer, Clerk of Court      Date